FILED'10 FEB 11 10:06USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TRACEY KIRKHAM,** | CV 10-19-HA |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

This case is DISMISSED with prejudice, with leave to reinstate within 60 days upon motion of the Plaintiff. If a motion to reinstate is filed, it shall be accompanied either by the filing fee or by a properly completed Application to Proceed Without Prepayment of Fees and Affidavit.

DATED this **11** day of **Feb**, 2010.

United States District Judge

Submitted on February 10, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1