FILED 09 MAY '11 15:40 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TRACEY KIRKHAM,                                                    Civil No. 10-19-HA

    Plaintiff,                                                              ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

HAGGERTY, District Judge:

    Plaintiff was the prevailing party in this action and her counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Based on the stipulation by the parties, the court awards attorney fees in the amount of $5,500.00. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    IT IS SO ORDERED.

    DATED this 9 day of May, 2011.

                                                                Ancer L. Haggerty
                                                              United States District Judge

1 -- ORDER